IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 14-10037 |
| | ) | |
| JOHN D. POWELL, | ) | VIO: Title 21, United States Code, |
| | ) | Section 841(a)(1) and (b)(1)(D); |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Sections 1960(a) and (b)(1)(A) |
| | ) | and (b)(1)(B) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### OPERATING AN UNLICENSED MONEY TRANSMITTING BUSINESS

In or about May 2012 to February 6, 2014, in Normal, McLean County, in the Central District of Illinois, the defendant,

**JOHN D. POWELL,**

did knowingly conduct, control, manage, supervise, direct, and own all or part of an unlicensed money transmitting business which affected interstate commerce, and such business was operated without an appropriate money transmitting license as required by the State of Illinois, such offense being a felony under 205 ILCS 657/90(h), all in violation of 18 U.S.C. §1960(a) and (b)(1)(A).

1

## COUNT 2
## OPERATING AN UNLICENSED MONEY TRANSMITTING BUSINESS

In or about May 2012 to February 6, 2014, in Normal, McLean County, in the Central District of Illinois, the defendant,

**JOHN D. POWELL,**

did knowingly conduct, control, manage, supervise, direct, and own all or part of an unlicensed money transmitting business which affected interstate commerce, and such business failed to comply with the money transmitting business registration requirements under 31 U.S.C. §5330 and the regulations prescribed thereunder, all in violation of 18 U.S.C. §1960(a) and (b)(1)(B).

## COUNT 3
## POSSESSION OF MARIHUANA WITH INTENT TO DISTRIBUTE

On or about February 6, 2014, in Normal, McLean County, Illinois, in the Central District of Illinois, the defendant,

**JOHN D. POWELL,**

did knowingly possess, with the intent to distribute, less than 50 kilograms of marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. §841(a)(1) and (b)(1)(D).

A True Bill,
s/ Foreperson

Foreperson

s/ Bradley W. Murphy

JAMES A. LEWIS
UNITED STATES ATTORNEY
BWM/ms

2