AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

USA
V.
John D. Powell

**EXHIBIT AND WITNESS LIST**

Case Number: 14-10037

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JES | B. Murphy | R. Alvarado |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/4/14 | NM | SW |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 12/4 | ✓ | ✓ | Group of photos — Luke Scaglione |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages